# Promissory Note

Revised 11/6/2017

(Amortized Monthly Payments)

1. **Names**

   Buyer: Erika Oneal & Dennis Alexander

   Seller(s): Paul Waskey, Linda (Waskey) Wootten, Ben Waskey, Trent Waskey, Lois Waskey (Shareholders of Regalmark Inc)

2. **Promise to Pay**

   For value received, Buyer promises to pay Seller $ 260,000. and interest at the yearly rate of 6 % on the unpaid balance as specified below. Payments will be made to Seller via Electronic Funds Transfer or check or as Seller may designate. This doesn not include the Performance Payout based on sales total, See Stock Sale Agreement.

3. **Monthly Installments**

   Buyer will pay at minimum 48 monthly installments with option to pay down more principal.

4. **Date of Installment Payments**

   Buyer will make an installment payment by the 25th day of each month beginning January 25th, 2018, until the principal and interest have been paid in full.

5. **Application of Payments**

   Payments will be applied first to interest and then to principal.

6. **Prepayment**

   Buyer may prepay all or any part of the principal without penalty. See Incentive for early paydown in Stock Sale Agreement.

7. **Loan Acceleration**

   If Buyer is more than 90 days late in making any payment, Seller may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

8. **Security**

DocuSign Envelope ID: 660B2FA9CBA2249E6-A592-80F-9EB5D2259  Case 8:18-cv-02824-PX   Document 1-2   Filed 09/11/18   Page 2 of 2

Exhibit A

Buyer agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing Statement giving Seller a security interest in the equipment, fixtures, inventory, and accounts receivable of the business known as Regalmark Inc .

9. **Collection Costs (Attorney Fees)**

If Seller prevails in a lawsuit to collect on this note, Buyer will pay Seller's costs and lawyer's fees in an amount the court finds to be reasonable.

10. **Governing Law**

This note will be governed by and construed in accordance with the laws of the State of MD.

**BUYER**

Erika Oneal , a Buyers (Owners)

By: *Erika Oneal* (DocuSigned by: DDBABCB4F79B48E...)

Printed name: Erika Oneal   Title: _____

Address: 12025 TOWN SQUARE ST., RESTON, VA 20190

Dated: 11/6/2017 | 12:32 PM PST

**GUARANTORS**

We personally guarantee payment of the above note, jointly and severally.

Signature: *Erika Oneal* (DocuSigned by: DDBABCB4F79B48E...)   Printed name: Erika Oneal

Address: 12025 TOWN SQUARE ST., RESTON, VA 20190

Dated: 11/6/2017 | 12:32 PM PST

Signature: *Dennis Alexander* (DocuSigned by: DDBABCB4F79B48E...)   Printed name: Dennis Alexander

Address: 12025 TOWN SQUARE ST., RESTON, VA 20190

Dated: 11/6/2017 | 12:38 PM PST